UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG -7 PM 12: 18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Association of Women with
Disabilities Advocating
Access, et al.,

           Plaintiff,

    vs.

Aloha Sushi and Hawaiian
Grille, et al.,

           Defendant.

CASE NO. 06CV1823-BEN(JMA)

JUDGMENT AND DISMISSAL BY COURT
UNDER RULE 4(m) F.R.Civ.P. FOR WANT
OF PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed **AS TO ALL DEFENDANTS, WITH PREJUDICE**, for want of prosecution.

DATED: JULY 27, 2007

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ENTERED ON 8/03/07